## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

BETTY D. GOODMAN                                                                    **PLAINTIFF**

V.                                                                           **NO. 3:16CV00193-JMV**

COMMISSIONER OF SOCIAL SECURITY                                          **DEFENDANT**


### ORDER ON PETITION FOR ATTORNEY FEES

Before the Court is Plaintiff's motion [30] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [28] dated July 20, 2017, this Court remanded this case to the Commissioner for further proceedings. Plaintiff now seeks attorney fees in the amount of $4,771.50 on the grounds that she was the prevailing party and the Commissioner's position was not "substantially justified." The Commissioner does not object to the fee request. Therefore, the Court finds the requested amount is reasonable, and no special circumstance would make the requested award unjust.

**THEREFORE, IT IS ORDERED**:

That the Commissioner shall promptly pay to Plaintiff a total of $4,771.50 in attorney fees for the benefit of counsel for Plaintiff.

This, 11th day of October, 2017.


/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE